UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>SERGIO GARCIA,<br><br>              Defendants. | Criminal Case No. 05cr1970-DMS<br><br>ORDER AND JUDGMENT TO DISMISS THE INDICTMENT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against SERGIO GARCIA, be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

DATED: September 30, 2013

_____
HON. DANA M. SABRAW
United States District Judge